UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE HARPER,

                Plaintiff,

    - against -

NATIONAL RAILROAD PASSENGER
CORPORATION, et al.,

             Defendants.

**ORDER**

19 Civ. 11864 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The initial pretrial conference currently scheduled for May 7, 2020 is adjourned to June 18, 2020 at 10:15 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
      May 1, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge