

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE HARPER,

        Plaintiff,

-against-

NATIONAL RAILROAD PASSENGER
CORPORATION, et al.

        Defendants.

19-CV-11864 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By Order dated June 10, 2020 (Dkt. No. 17), the Court directed the parties to submit a joint Pre-Conference Statement by July 1, 2020. No such letter has been filed. No later than **July 6, 2020**, the parties shall file their joint Pre-Conference Statement.

Dated: New York, New York
       July 2, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**