

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE HARPER,

        Plaintiff,

-against-

NATIONAL RAILROAD PASSENGER CORPORATION, et al.

        Defendants.

19-CV-11864 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By Order dated June 10, 2020 (June 10 Order) (Dkt. No. 17), the Court scheduled an Initial Case Management Conference to be held telephonically on July 8, 2020. The June 10 Order directed the parties to file a joint Pre-Conference Statement no later than July 1, 2020. They failed to do so. By Order dated July 2, 2020 (Dkt. No. 21), the Court required the parties to submit the joint Pre-Conference Statement by July 6, 2020. They failed to do so. Instead, on July 6, defendants filed their own letter (Dkt. No. 22) informing the Court that their counsel attempted to discuss the upcoming Initial Case Management Conference with plaintiff's counsel, Michael T. O'Leary, on two occasions in June 2020, but Mr. O'Leary advised on June 26 that he was "unavailable to discuss this matter" and did not thereafter contact defendants' counsel.

    It is hereby ORDERED that the Initial Case Management Conference currently scheduled for July 8, 2020, at 10:00 a.m. is ADJOURNED to **August 13, 2020, at 10:00 a.m.** At that time, the parties shall dial (888) 557-8511 and enter the access code 7746387. No later than **August 6, 2020**, the parties shall file a joint Pre-Conference Statement, as originally directed in this Court's June 10 Order Scheduling Initial Case Management Conference.

    It is further ORDERED that plaintiff's counsel promptly register as a Filing User of the Court's ECF system (if he has not already done so) and file a notice of appearance in this action, which will ensure that he receives electronic notification of docket activity, including this Court's orders. *See* ECF Rules & Instructions § 2.1.

    Defendants' counsel is directed to serve a copy of this order on Mr. O'Leary, by mail and email, and file such proof of service on ECF.

Dated: New York, New York
       July 7, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**