UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE HARPER,

        Plaintiff,

  -against-

NATIONAL RAILROAD PASSENGER CORP., et al.

        Defendants.



19-CV-11864 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On July 23, 2020, the Court ordered plaintiff Harper to show cause why this action should not be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. (Dkt. No. 25.) On August 4, 2020, plaintiff filed the Declaration of Michael T. O'Leary (Dkt. No. 27), in which Mr. O'Leary (who was plaintiff's counsel of record when this action was initially filed in state court) states he is not admitted to practice in this Court; that he had "difficulty finding counsel to take on the matter" after it was removed to this Court; but that he has now found an attorney admitted to practice in this Court to represent Harper here. Mr. O'Leary attaches a notice of appearance signed by Stewart McMillan, who is a member of the bar of this Court (Dkt. No. 27-1), as well as the joint pre-conference statement required in advance of the initial case management conference scheduled to take place on August 13, 2020. (Dkt. No. 27-2.)

    The order to show cause is hereby discharged. Attorney McMillan is directed promptly to refile his notice of appearance as a separate document, at which point he will begin receiving email notifications of filings in this action.

    Defendants' counsel is directed to promptly serve a copy of this Order on attorneys O'Leary and McMillan, by email, and file proof of such service on ECF.

Dated: New York, New York
       August 5, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**