

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE HARPER,

        Plaintiff,

    -against-

NATIONAL RAILROAD PASSENGER
CORPORATION, et al.

        Defendants.

19-CV-11864 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed defendants' letter-motion dated October 30, 2020 (Dkt. No. 40), requesting permission to file a motion to dismiss for plaintiff's "failure to provide any discovery," or in the alternative, a discovery conference. Plaintiff shall file his response no later than **November 5, 2020**, pursuant to Moses Ind. Prac. § 2(e). Defendants may file a reply no later than **November 9, 2020**.

    It is hereby ORDERED that the Court will conduct a telephonic discovery conference regarding defendants' letter-motion on **November 16, 2020, at 10:00 a.m.** At that time, the parties shall call (888) 557-8511 and enter the access code 7746387.

Dated: New York, New York
       November 2, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**