

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE HARPER,

        Plaintiff,

   -against-

NATIONAL RAILROAD PASSENGER
CORPORATION, et al.

        Defendants.

19-CV-11864 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court conducted a telephonic discovery conference on November 16, 2020. For the reasons stated on the record during the conference, it is hereby ORDERED that:

1. No later than **November 17, 2020**, defendants shall serve an amended summons on third-party GCCOM Construction Company, Inc. (GCCOM), containing plaintiff's counsel's correct address.

2. No later than **December 2, 2020**, plaintiff shall provide to defendants:

   a. New medical authorizations that are signed by plaintiff himself or, in the alternative, signed by counsel and accompanied by a power of attorney naming that counsel;

   b. A new authorization to the workers' compensation board that is signed by plaintiff himself or, in the alternative, signed by counsel and accompanied by a power of attorney naming that counsel;

   c. Plaintiff's signed verification of his interrogatory responses, pursuant to Fed. R. Civ. P. 33(b)(5);

   d. To the extent required, any additional medical authorizations to providers of plaintiff's diagnostic records that are signed by plaintiff himself or, in the alternative, signed by counsel and accompanied by a power of attorney naming that counsel;

   e. All additional hard-copy medical records in plaintiff's possession;

   f. Any photographs, videos, or other visual evidence of plaintiff's injuries and/or the accident site, or, in the alternative, a supplemental response to defendants' notice to produce confirming that, after a reasonably diligent investigation, no such evidence was found; and

    g. Plaintiff's Employee Claim (C-3) form filed with the Workers' Compensation Board and any accident report made to plaintiff's employer or, in the alternative, a supplemental response to defendants' notice to produce confirming that, after a reasonably diligent investigation, no such evidence was found.

3. The parties' discovery schedule is hereby EXTENDED as follows:

    a. Plaintiff's deposition shall take place on or before **February 15, 2021**;

    b. Depositions of witnesses associated with defendants or third-party defendant GCCOM shall take place on or before **March 15, 2021**;

    c. All remaining fact discovery shall be completed no later than **April 15, 2021**;

    d. Any independent medical examination of plaintiff by defendants' medical experts shall be completed no later than **May 14, 2021**.

The Clerk of Court is respectfully directed to close the letter-motion at Dkt. No. 40.

Dated: New York, New York
       November 16, 2020               **SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**