USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/22/2022

# Rubin, Fiorella, Friedman & Mercante LLP

Attorneys at Law

630 Third Avenue, 3rd Floor
New York, New York 10017

Telephone: (212) 953-2381 / Facsimile: (212) 953-2462

Direct Dial:  212.447.4639
E-Mail:  sgreenspan@rubinfiorella.com

March 17, 2022

Magistrate Judge Hon. Barbara Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 20A
New York, NY 10007-1312

**MEMO ENDORSED**

Re:  Case  :  Theodore Harper v. Railroad Construction Company, Inc.
and National Railroad Passenger Corp.
Case No.  :  19-CV-11864-PGG-BCM
Our File  :  744.33712

Dear Judge Moses,

We are pleased to inform you that a global settlement of this action has been reached.

In order to give the parties an opportunity to exchange appropriate closing papers and to file a Stipulation of Dismissal, we together with plaintiff's counsel are jointly requesting that the in-person conference presently scheduled for March 28, 2022 at 10:00AM be adjourned for control purposes and that the parties be relieved from submitting a joint status letter now due by March 21, 2022.

We thank the Court for its kind courtesies.

Respectfully submitted,

*Stewart B. Greenspan*

Rubin Fiorella Friedman & Mercante LLP

---

Application GRANTED. The conference scheduled for March 28, 2022, at 10:00 a.m., is hereby ADJOURNED *sine die*. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
March 22, 2022

---

cc:  Law Offices of Michael T. O'Leary, PLLC
Attorneys for Plaintiff Theodore Harper
151 Broadway Hawthorne, New York 10532
E-mail: stewart@mcmlawyer.com
Email: molearylawyer@gmail.com and molearylawyers@gmail.com